**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7152**

---

SAMMY W. COMPTON,

                                  Plaintiff - Appellant,

        versus

LARRY JARVIS, Warden, Bland Correctional
Center,

                                  Defendant - Appellee.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CA-02-751-7)

---

Submitted:  October 10, 2002        Decided:  October 21, 2002

---

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Sammy W. Compton, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sammy W. Compton seeks to appeal the district court's order denying as untimely his petition filed under 28 U.S.C. § 2254 (2000).  We have reviewed the record and dismiss the appeal for the reasons stated by the district court.  <u>See</u> <u>Compton v. Jarvis</u>, No. CA-02-751-7 (W.D. Va. July 22, 2002).  We deny a certificate of appealability.  <u>See</u> 28 U.S.C. § 2253(c) (2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>